# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

AARON PITTMAN

NO. 2022 KW 0081

**APRIL 8, 2022**

---

In Re:     Aaron Pittman, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 92-
           CR1-52115.

---

**BEFORE:     McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

                          **PMc**
                          **JEW**
                          **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT